**CLOSED**

Scott Ferrell SBN 213405
Law Offices of Scott Ferrell
30162 Tomas, Suite 204
Rancho Santa Margarita, CA 92688
Tel: (949) 659-6746
Email: scott@scottferrell.com
Attorney for Plaintiff, VICTORIA JASON-ICKES

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| VICTORIA JASON-ICKES,<br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br>Defendant. | Case No. 8:26-cv-00909-CAS-DFMx<br><br>ORDER OF JOINT STIPULATION DISMISSAL WITH PREJUDICE AS TO DEFENDANT, EXPERIAN INFORMATION SOLUTIONS, INC. |

IT IS HEREBY ORDERED that the Complaint as to Defendant EXPERIAN INFORMATION SOLUTIONS, INC., is dismissed with prejudice, with each party to bear its own costs and fees.

IT IS SO ORDERED.

Dated: September 9, 2026

HONORABLE CHRISTINA A SNYDER
UNITED STATES DISTRICT JUDGE